In the Matter of NICHOLAS BARBARITA et al., Respondents, against BOARD OF ESTIMATE, as Head of the New York City Employees' Retirement System, et al., Appellants. In the Matter of BENNY SIMKOWITZ, Respondent, against WILLIAM J. POWELL, as Commissioner of Sanitation, et al., Appellants.

Argued April 4, 1950; decided May 18, 1950.

*John P. McGrath, Corporation Counsel (James J. Thornton, Seymour B. Quel* and *William A. Marks* of counsel), for appellants.

*Matthew Silverman* for petitioners-respondents.

*Henry G. McDonough* and *Frank J. Durkin* for respondent.

Orders affirmed, with one bill of costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.